UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                     :

ROBERT MCCLEAN,                                :
                    Plaintiff,        :
        -against-               :             23 Civ. 2826 (LGS)
                                              :
EXACTECH US, INC., et al.,              :              ORDER
                    Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, an Order issued April 6, 2023, scheduled an initial pre-trial conference for May 24, 2023, and required the parties to submit a joint letter and proposed case management plan in advance of the conference.

        WHEREAS, an Order issued April 12, 2023, by the United States Judicial Panel on Multidistrict Litigation conditionally transferred this matter to the Eastern District of New York, pursuant to 28 U.S.C. § 1407. It is hereby

        **ORDERED** that the initial conference and the deadline to file the joint letter and case management plan are **ADJOURNED**, *sine die*. Within fourteen days of any transfer of this case from the Eastern District of New York to this District, the parties shall file a status letter informing the Court of the status of this case.

Dated: April 12, 2023
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE